

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE GUINNANE, individually, and as Personal Representative for the Estate of EDWIN GUINNANE, and GUINNANE RANCH, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS, EAN HOLDINGS, LLC, ENTERPRISE RAC COMPANY OF MONTANA/WYOMING, LLC, d/b/a Enterprise Rent-A-Car; and JOHN DOES 1-5,<br><br>Defendants. | CV 19–85–M–DWM<br><br>ORDER |

Defendants EAN Holdings and Enterprise RAC Company of Montana/Wyoming, LLC move for the admission of J. Douglas Baldridge to practice before this Court in this case with Randall J. Colbert to act as local counsel. Mr. Baldridge's application appears to be in order.

Accordingly, IT IS ORDERED that Defendants' motion to admit J. Douglas Baldridge *pro hac vice* (Doc. 6) is GRANTED on the condition that Mr. Baldridge shall do his own work. This means that Mr. Baldridge must do his own writing;

1

sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Baldridge, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 16th day of May, 2019.

Donald W. Molloy, District Judge
United States District Court