IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JUN 07 2019

Clerk, U.S District Court
District Of Montana
Missoula

KATHERINE GUINNANE, individually, and as Personal Representative for the Estate of EDWIN GUINNANE, and GUINNANE RANCH, LLC,

Plaintiffs,

vs.

NANCY DOBBINS, as Person Representative of the Estate of ROBERT DOBBINS; EAN HOLDINGS, LLC; ENTERPRISE RAC COMPANY OF MONTANA/WYOMING, LLC, d/b/a Enterprise Rent-A-Car; and JOHN DOES 1-5,

Defendants.

CV 19–85–M–DWM

ORDER

Plaintiffs having filed a First Amended Complaint, (*see* Doc. 16),

IT IS ORDERED that Defendants EAN Holdings' and Enterprise RAC's motion to dismiss (Doc. 13) is DENIED as MOOT. Defendants may file a renewed motion or Answer on or before June 21, 2019.

DATED this 7th day of June 2019.

Donald W. Molloy, District Judge
United States District Court