

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE GUINNANE, individually, and as Personal Representative for the Estate of EDWIN GUINNANE, and GUINNANE RANCH LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS, EAN HOLDINGS, LLC, ENTERPRISE RAC COMPANY OF MONTANA/WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR, and JOHN DOES 1-5, <br><br> Defendants. | CV 19–85–M–DWM <br><br><br> ORDER |
| EAN HOLDINGS, LLC, and ENTERPRISE RAC COMPANY OF MONTANA/ WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR, <br><br> Cross-Claimants, <br><br> vs. <br><br> NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS, <br><br> Cross-Defendant. | |

1

Defendants EAN Holdings, LLC and Enterprise RAC Company of Montana/Wyoming, LLC (collectively "Enterprise") move for the *pro hac vice* admission of Caroline P. Gately to practice before this Court in this case with Randall J. Colbert to act as local counsel. While Ms. Gately's application appears to be in order, Enterprise already has two *pro hac vice* counsel. In order to "promot[e] the orderly administration of justice," *In re United States*, 791 F.3d 945, 957 (9th Cir. 2015), and "secure the just, speedy, and inexpensive determination" of each action, Fed. R. Civ. P. 1, the Court generally limits parties to two *pro hac vice* admissions.

Accordingly, IT IS ORDERED that Enterprise's motion to admit Caroline P. Gately *pro hac vice* (Doc. 41) is GRANTED on the condition that one of Enterprise's existing *pro hac vice* attorneys withdraws from the representation within ten (10) days. Alternatively, Enterprise may withdraw Ms. Gately's application.

IT IS FURTHER ORDERED that if Ms. Gately remains on the case, she is admitted on the condition that she shall do her own work. This means that Ms. Gately must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Ms. Gately's admission is subject to withdrawal unless Ms. Gately, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 24th day of September, 2019.

Donald W. Molloy, District Judge
United States District Court