IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| KATHERINE GUINNANE, individually, and as Personal Representative for the Estate of EDWIN GUINNANE, and GUINNANE RANCH LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS, EAN HOLDINGS, LLC, ENTERPRISE RAC COMPANY OF MONTANA/WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR, and JOHN DOES 1-5,<br><br>Defendants.<br><br>EAN HOLDINGS, LLC, and ENTERPRISE RAC COMPANY OF MONTANA/ WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR,<br><br>Cross-Claimants,<br><br>vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS,<br><br>Cross-Defendant. | CV 19–85–M–DWM<br><br>ORDER |

1

The plaintiff and the Enterprise Defendants having moved unopposed to extend the deadline to serve Nancy Dobbins, as Personal Representative for the Estate of Robert Dobbins, with their respective complaint and cross-claim,

IT IS ORDERED that the motion (Doc. 51) is GRANTED. The plaintiff and Enterprise Defendants shall provide the Court with notice of proper service on or before February 25, 2020. The failure to do so will result in the dismissal of the amended complaint and/or the cross-claim against the Dobbins Estate.

DATED this 26th day of December, 2019.

_____
Donald W. Molloy, District Judge
United States District Court