IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| KATHERINE GUINNANE, individually, and as Personal Representative for the Estate of EDWIN GUINNANE, and GUINNANE RANCH LLC,<br><br>           Plaintiffs,<br><br>  vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS, EAN HOLDINGS, LLC, ENTERPRISE RAC COMPANY OF MONTANA/WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR, and JOHN DOES 1-5,<br><br>           Defendants.<br><hr>EAN HOLDINGS, LLC, and ENTERPRISE RAC COMPANY OF MONTANA/ WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR,<br><br>           Cross-Claimants,<br><br>  vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS,<br><br>           Cross-Defendant. | CV 19–85–M–DWM<br><br><br><br>ORDER |

1

Defendants and Cross-Claimants EAN Holdings, LLC and Enterprise RAC

Company of Montana/Wyoming, LLC having moved unopposed to extend the

motions deadline by two weeks in light of COVID-19 discovery delays,

IT IS ORDERED that the motion (Doc. 59) is GRANTED.  Motions shall be

fully briefed on or before August 10, 2020.  The September 27, 2019 Scheduling

Order (Doc. 45) shall remain in full force and effect in all other respects.

DATED this 23rd day of June, 2020.

Donald W. Molloy, District Judge
United States District Court

2