IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE GUINNANE, individually, and as Personal Representative for the Estate of EDWIN GUINNANE, and GUINNANE RANCH LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS, EAN HOLDINGS, LLC, ENTERPRISE RAC COMPANY OF MONTANA/WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR, and JOHN DOES 1-5,<br><br>Defendants. | CV 19–85–M–DWM<br><br>ORDER |
| EAN HOLDINGS, LLC, and ENTERPRISE RAC COMPANY OF MONTANA/ WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR,<br><br>Cross-Claimants,<br><br>vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS,<br><br>Cross-Defendant. | |

1

Plaintiffs having moved unopposed to file an unredacted version of Doc. 63-3 under seal pursuant to the parties' Stipulated Protective Order,

IT IS ORDERED that the motion (Doc. 64) is GRANTED. The document lodged at Doc. 65 shall remain under seal and is considered filed in the case.

DATED this 22nd day of July, 2020.

13:04 P.M.

Donald W. Molloy, District Judge
United States District Court