IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE GUINNANE, individually, and as Personal Representative for the Estate of EDWIN GUINNANE, and GUINNANE RANCH LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS, EAN HOLDINGS, LLC, ENTERPRISE RAC COMPANY OF MONTANA/WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR, and JOHN DOES 1-5,<br><br>Defendants. | CV 19–85–M–DWM<br><br>ORDER |
| EAN HOLDINGS, LLC, and ENTERPRISE RAC COMPANY OF MONTANA/ WYOMING, LLC, d/b/a ENTERPRISE RENT-A-CAR,<br><br>Cross-Claimants,<br><br>vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS,<br><br>Cross-Defendant. | |

1

Plaintiffs seek to file three documents under seal in support of their motion for sanctions. (*See* Docs. 84–86.) As previously explained in Docs. 81 and 83, there is no basis upon which the lodged documents should be sealed or redacted.

Accordingly, IT IS ORDERED Plaintiffs' motion (Doc. 86) is DENIED. The Clerk is directed to unseal the documents lodged at Docs. 87. These unredacted documents will be considered in conjunction with the pending motion. The parties must keep in mind Rule 26(b)(1) of the Federal Rules of Civil Procedure, which allows for "discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Motions to seal documents such as those referenced here are a waste of time and effort by both the parties and the Court. *See also* Fed. R. Civ. P. 1.

DATED this 29th day of July, 2020.

12:04 P.M.

Donald W. Molloy, District Judge
United States District Court