IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE GUINNANE, individually, and as Personal Representative for the Estate of EDWIN GUINNANE, and GUINNANE RANCH LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NANCY DOBBINS, as Personal Representative for the Estate of ROBERT DOBBINS,<br><br>Defendant. | CV 19–85–M–DWM<br><br>ORDER |

IT IS ORDERED that the following exhibits are ADMITTED at trial without objection:

Plaintiffs' Exs. 31, 127, 128, 129B, 130

Defendant's Ex. 37

DATED this 2nd day of October, 2020.

_____
Donald W. Molloy, District Judge
United States District Court