IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE GUINNANE, individually and as personal representative for the Estate of Edwin Guinnane, and GUINNANE RANCH, LLC, | CV 19–85–M–DWM |
| Plaintiffs, | ORDER |
| v. | |
| NANCY DOBBINS, as personal representative for the Estate of Robert Dobbins, | |
| Defendant. | |

A jury trial in this matter is set to commence on October 5, 2020. In light of COVID-19 and the rising active and new case numbers in Montana, and in particular Missoula County,

IT IS ORDERED that the jurors in the instant case will be subject to partial sequestration as set out in 28 U.S.C. §1871(e).

IT IS FURTHER ORDERED that the jurors are to be kept together and not to separate during each trial day for their safety and security. In keeping with this order, during the course of trial, the jurors' snacks, meals, and/or lodging will be provided by the Court for the jurors convenience and comfort.

1

DATED this \_\_\_ day of October, 2020.

_____
Donald W. Molloy, District Judge
United States District Court