IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KATHERINE GUINNANE, individually and as personal representative for the Estate of Edwin Guinnane, and GUINNANE RANCH, LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>NANCY DOBBINS, as personal representative for the Estate of Robert Dobbins,<br><br>        Defendant. | CV 19-85-M-DWM<br><br>JUDGMENT |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED, in accordance with the Jury Verdict rendered on October 7, 2020, that judgment is entered in favor of the Defendant.

Dated this 8th day of October, 2020.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Nicole Stephens
                              Nicole Stephens, Deputy Clerk